DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00391-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




MICHAEL W. MASTEN,
§
 APPEAL FROM THE 145TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


LOIS MIMS,

APPELLEE
§
 NACOGDOCHES COUNTY, TEXAS






 MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. In his motion, Appellant represents that the parties
have entered into a settlement agreement that disposes of all issues presented for appeal. Because
Appellant has met the requirements of Tex. R. App. P. 42.1(a)(2), the motion is granted, and the
appeal is dismissed. 

Opinion delivered February 11, 2004.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.












(PUBLISH)